584

450 A.2d 189

Hershberger, Appellant v. Romala Corp., et al.

Argued March 22, 1982.  Michael E. Farr, for appellant;  No appearance nor briefs entered on behalf of Romala, appellee;  Donald L. Kornfield, appellee, in propria persona.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.

450 A.2d 189

Kassarich v. Donn & Girard Nationwide Plan, Appellants.

Argued October 19, 1981. Robert W. Maris, for appellants;  Michael Egnal, for appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

The final decree appealed from is affirmed.